# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | 8:09CR65 |
| vs. | ORDER |
| **JOSE TAMAYO,** | |
| Defendants. | |

This matter before the Court on the United States' Motion to Vacate Preliminary Order of Forfeiture and to Dismiss Count IV of the Indictment, ECF No. 250. The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS ORDERED:

1. The United States' Motion to Vacate Preliminary Order of Forfeiture, ECF No. 250, and to Dismiss Count IV of the Indictment is granted;

2. The Preliminary Order of Forfeiture, ECF No. 70, is vacated; and

3. Count IV of the Indictment, ECF No. 1, is dismissed.

Dated this 1st day of June, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge